Dixie Dairy Company, appellant, v. Henry Schultz, appellee. Gen. No. 9,237.

Opinion filed March 31, 1938. Rehearing denied May 6, 1938.

Elmer H. Bielfeldt and Savage & Holbrook, for appellant. Frank J. and James T. Burns, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

George Ahrens and Bertha Ahrens, appellees, v. Clay Hopper and Lena Hopper, appellants. Gen. No. 9,268.

Opinion filed April 28, 1938.

Albert H. Krusemark, for appellants. Sidney E. Baskin, for appellees.

Mr. Presiding Justice Dove delivered the opinion of the court.

C. K. Anderson, appellee, v. Hattie A. Chinn and Percy E. Chinn, appellants. Gen. No. 9,271.

Opinion filed April 28, 1938. Rehearing denied June 2, 1938.

Chancellor & Chancellor, for appellants; Okel S. Fuqua, of counsel. Runyard & Behanna, for appellee; William R. Behanna, of counsel.

Mr. Presiding Justice Dove delivered the opinion of the court.

Marvin John Prien, minor, by his father and next friend, Laurence Prien, appellant, v. C. J. Wieck, appellee. Gen. No. 9,281.

Opinion filed April 28, 1938.

B. Jay Knight and John E. Goembel, for appellants; Walker F. Hull, of counsel. Louis H. Burrell and David M. Burrell, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.